# UNITED STATES DISTRICT COURT

EASTERN _____ DISTRICT OF _____ TENNESSEE

UNITED STATES OF AMERICA

V.

GEORGE H. RUTH

## EXHIBIT AND WITNESS LIST

Case Number: 2:25-CR-55

| PRESIDING JUDGE Cynthia R. Wyrick | PLAINTIFF'S ATTORNEY Mac D. Heavener | DEFENDANT'S ATTORNEY Nikki Pierce |
|---|---|---|
| TRIAL DATE (S) 7/11/2025 | COURT REPORTER DCR | COURTROOM DEPUTY Leah Kingry |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 7/11/2025 | | | USPO Lawson Burrow |
| 1 | | | X | X | Monthly Reports- SEALED |
| 2 | | | X | X | Application for PO Boxes - SEALED |
| 3 | | | X | X | Inmate History - SEALED |
| | 4 | | X | X | Indiana District Court Judgment |
| | W | | | | James Ruth - Brother |
| | 5 | | X | X | Original conditions of release from Indiana |
| 6 | | | X | X | West Virginia District Court Amended Petition for Warrant |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.