UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GEORGE H. RUTH, )<br>)<br>Defendant. )<br>) | **2:25-CR-55** |

# **ORDER**

An initial appearance on the Amended Petition [Doc. 18] alleging supervised release violations shall be held before the undersigned on **Thursday, August 26, 2025, at 10:15 a.m.** Defendant's presence is **REQUIRED**.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge